## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| SARAH PYLES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 13-CV-2114 |
| | ) |
| VILLAGE OF MANTENO, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on November 8, 2013.  On November 22, 2013, Defendant Cornelius Monroe filed his Objection to Report and Recommendations (#23).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#22).  This court agrees that Defendant's Motion to Dismiss For Failure to State a Claim (#12) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) Defendant's Motion to Dismiss For Failure to State a Claim (#12) is DENIED.

(3) This case is referred to Magistrate Judge Bernthal for further proceedings in accordance with this order.

ENTERED this 6th day of December, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE