E-FILED
Wednesday, 26 February, 2014  12:29:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **SARAH PYLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 13-CV-2114 |
| ) | |
| **VILLAGE OF MANTENO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#26) was filed by the Magistrate Judge in the above cause on February 7, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#26) is accepted by this court.

(2) Defendant Chadd Gagnon's Motion to Dismiss Count I and Defendant Jason Forbes' Motion to Dismiss Counts II and IV of the Complaint (#18) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 26th day of February, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE